**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 03-cr-00261-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BRENT DAVID DERRICK,

      Defendant.

---

## ORDER DENYING MOTION FOR RECONSIDERATION

---

      This matter is before the Court on Defendant's Motion for Reconsideration (Doc. # 52).  In this motion, Mr. Derrick requests that the Court reconsider the sentence that it imposed on April 20, 2005.  (*See* Doc. # 43.)

      "A district court does not have inherent authority to modify a previously imposed sentence; it may do so only pursuant to statutory authorization."  United States v. Mendoza, 118 F.3d 707, 709 (10th Cir. 1999).  There are three limited circumstances in which a sentence may be modified: (1) the court receives a motion from the Director of the BOP finding that special circumstances warrant a reduction and the requested reduction is consistent with the applicable policy statements issued by the Sentencing Commission; (2) to the extent otherwise permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure; or (3) a defendant has been sentenced based upon a sentencing range later lowered by the Sentencing Commission. 18 U.S.C.

§ 3582(c); *United States v. Smartt*, 129 F.3d 539, 541 (10th Cir. 1997).  Mr. Derrick has

not shown that any of these grounds are present in this case, or that relief is proper

under any other rule or statute.

Accordingly, Defendant Derrick's Motion for Reconsideration (Doc. # 52) is

DENIED.

DATED:  July   12  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge